IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02208-BNB

MOHAMED OSMAN FARAY,

    Plaintiff,

v.

GENELEX CORPORATION,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 8 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Mohamed Osman Faray, currently resides in Denver, Colorado. Mr. Faray, acting *pro se*, initiated this action by submitting a Complaint to the Court. On September 9, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Faray to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Faray to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 that is properly notarized, has a complete affidavit, and states if he seeks service of process by the United States Marshals Service. Mr. Faray was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On October 7, 2010, Mr. Faray submitted a pleading titled, "Complaint against Genelex D.N.A. Companey [sic]." Mr. Faray, however, has not submitted a proper § 1915 Motion and Affidavit. As a result, Mr. Faray has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies within the time allowed.

DATED at Denver, Colorado, this __18th__ day of __October__, 2010.

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02208-BNB

Mohamed Osman Faray
5100 Leetosde Dr. #416
Denver, CO 80246

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/19/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk